IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                No. CR S-98-0114 KJM DAD P

    vs.

D'ANGELO DOMINICO DAVIS,

    Movant.                                  <u>ORDER</u>

_____/

        Because respondent had suggested the possibility of a motion to dismiss on untimeliness grounds, on November 21, 2011, the court ordered respondent to file a motion to dismiss the pending § 2255 motion as untimely or to state in writing an intention to forego such motion. On December 9, 2011, respondent filed a documents styled as a memorandum of points and authorities indicating that it had concluded that the pending § 2255 motion was timely filed and would therefore not be moving to dismiss on that ground. Therefore, the court will provide movant with a deadline for renewing his motion for leave to file an amended § 2255 motion, supported by a memorandum of points and authorities and a proposed amended § 2255 motion.

        Accordingly, IT IS ORDERED that:

        1. Within thirty days from the service of this order, movant shall file and serve a motion for leave to amend the § 2255 motion, a memorandum of points and authorities and a

1

proposed amended § 2255 motion, or shall file a notice that no such motion for leave to amend will be filed;

    2. Respondent's opposition to the motion for leave to amend shall be due thirty days after service of the motion to amend. Movant's reply shall be filed fourteen days thereafter.

    3. If oral argument in connection with the motion is deemed necessary by the court, a hearing date will be set by separate order.

DATED: December 21, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi0114.amd